RECEIVED
JUN 16 2023
BY MAIL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

RE: VIANNA RENEE SCOTT/CESTUI QUE VIE
PETITIONER,

V.

STATE OF MISSOURI
V.                    CASE: 22SL-CR04156-01
VIANNA RENEE SCOTT

## CIVIL RIGHTS REMOVAL (1964)

COMES NOW, BENIFICIARY Vianna Renee Scott in my individual offical capacity moving the court to move venue to this court from state court. The lower court have denied the Trust Res to challenge jurisdiction, to a speedy trial and used the court appointed public defender, Joseph Wilson by forcing a Form 552.020 set on January 27, 2023 delaying the Motion to a Speedy Trial set on November 23, 2022 by Vianna Renee Scott. This is a violation of my Due Process. The MSLPC Institution had sufficient amount of time but failed to provide services, care and skill required by law. As a result the procedural delay caused negligence by unprofessional, unethical misconduct which is unconstitutional and has deprived the defense of

1 of 3

cont-

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

civil liberties.

Administrative review is required to investigate the substantive evidence that the diminishing of the defendants estate has been subjected to irreparable harm caused by the unlawful restraint placed upon the Habeas Corpus. The need to have all proceedings removed from the 21st Judical Circuit Court before Honorable Dean Paul Waldemere is needed to prevent a manifest of injustice.

Petitioner/Vianna Renee Scott has requested a change in venue for the lack of subject matter jurisdiction. Due to the deprivation of the Trust Res civil rights and civil liberties being violated by court appointed public defender Joseph Wilson's juristic acts in refusing to honor my 6th Admendment and speedy trial of the United States Constitution of 1787.

Section 1983, 42 U.S.C has been violated by The State of Missouri prosection of a company in which they created and are

the owner and the general administrative of. I seek acillary relief and affirmative relief due to equitable interest. Therefore, the beneficiary needs this courts intervention due to Declaratory Fraud of The Trust Res Estate.

I DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION AND STATEMENT IN THE FORM OF AN AFFIDAVIT IS TRUE AND CORRECT. I UNDERSTAND THAT PROVIDING FALSE INFORMATION AND FALSE STATEMENTS MAY SUBJECT THE RES TRUST TO CRIMINAL PROSECTION, IMPOSITION OF A FINE, OR OTHER SANACTIONS THAT MAY ADVERSLY AFFECT MY ABILITY TO PURSUE THIS CASE OR OTHER CASES. I HAVE REVIEWED MY STATEMENTS TO INSURE ACCURACY. Executed this 12th day of June 2023.

Beneficiary of: Vianna-Renee: Scott.
100 S. Central Ave
Clayton, MO  63105

*Vianna-Renee: Scott*